```
                        United States Bankruptcy Court
                             District of Hawaii
In re:                                                 Case No. 12-02262-rjf
Gary Dennis Blume                                      Chapter 7
        Debtor                  CERTIFICATE OF NOTICE
```

District/off: 0975-1          User: lisa              Page 1 of 2            Date Rcvd: Feb 14, 2013
                              Form ID: b18new         Total Noticed: 20

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Feb 16, 2013.
```
db         +Gary Dennis Blume,    Route 4,   Box 2360,    Pahoa, HI 96778-9766
1188574    +Ashford & Wriston,    1099 Alakea St. 14th Floor,    Honolulu, HI 96813-4500
1188575    +Bank Of America,    Po Box 982235,    El Paso, TX 79998-2235
1188577    +Chase Manhattan Mortgage,    Attn; Bankruptcy Dept,    3415 Vision Dr. Mail Code: Oh4-7133,
             Columbus, OH 43219-6009
1188580     Department of Taxation,    Attn: Bankruptcy Unit,    PO Box 259,   Honolulu, HI 96809-0259
1188581    +Equifax Credit Information Service,    PO Box 740241,    Atlanta, GA 30374-0241
1188582     Experian,   PO Box 2002,    Allen, TX 75013-2002
1188583    +Gmac Mortgage,    3451 Hammond Ave,   Waterloo, IA 50702-5300
1188586    +Peoples Stbk,    1905 Stewart Ave,   Wausau, WI 54401-5375
1188587    +Rockford Mercantile,    2502 S. Alpine Rd,    Rockford, IL 61108-7813
1188589    +Telecheck,   6200 South Quebec St.,    Greenwood Village, CO 80111-4750
1188590    +Transunion,   PO Box 2000,    Chester, PA 19016-2000
1188592   ++WELLS FARGO BANK NA,    WELLS FARGO HOME MORTGAGE AMERICAS SERVICING,
             ATTN BANKRUPTCY DEPT MAC X7801-014,    3476 STATEVIEW BLVD,    FORT MILL SC 29715-7203
            (address filed with court: Wells Fargo Hm Mortgage,    8480 Stagecoach Cir,   Frederick, MD 21701)
```

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
```
1188576    +EDI: BANKAMER.COM Feb 15 2013 02:43:00     Bk Of America,   Attn: Bankruptcy/MC: NC4-105-03-14,
             Po Box 26012,   Greensboro, NC 27420-6012
1188578    +Fax: 602-659-2196 Feb 15 2013 04:14:38     Chex Systems Inc.,   Attn: Consumer Relations,
             7805 Hudson Rd. Ste 100,    Woodbury, MN 55125-1703
1188579    +EDI: CITICORP.COM Feb 15 2013 02:43:00     Citibank Usa,
             Citicorp Credit Services/Attn: Centraliz,   Po Box 20363,   Kansas City, MO 64195-0363
1188584    +E-mail/Text: BANKRUPTCY@HFSFCU.ORG Feb 15 2013 02:52:18     HFS Federal Credit Union,
             632 Kinoole Street,    Hilo, HI 96720-3828
1188585     EDI: IRS.COM Feb 15 2013 02:43:00     Internal Revenue Service,   PO Box 21126,
             Philadelphia, PA 19114
1188588    +EDI: SEARS.COM Feb 15 2013 02:43:00     Sears/cbna,   Po Box 6282,   Sioux Falls, SD 57117-6282
1188591    +EDI: TSYS2.COM Feb 15 2013 02:43:00     Visa Dept. Stores,   Attn: Bankruptcy,   Po Box 8053,
             Mason, OH 45040-8053
                                                                                             TOTAL: 7

          ***** BYPASSED RECIPIENTS *****
NONE.                                                                                        TOTAL: 0
```

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Addresses marked '++' were redirected to the recipient's preferred mailing address
pursuant to 11 U.S.C. 342(f)/Fed.R.Bank.PR.2002(g)(4).

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 9): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

**Date: Feb 16, 2013**          **Signature:**          *Joseph Speetjens*

```
District/off: 0975-1         User: lisa             Page 2 of 2            Date Rcvd: Feb 14, 2013
                             Form ID: b18new        Total Noticed: 20
```

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on February 14, 2013 at the address(es) listed below:
         Office of the U.S. Trustee   ustpregion15.hi.ecf@usdoj.gov
         Richard A. Yanagi   yanagi7trustee@gmail.com, ryanagi@ecf.epiqsystems.com
         W. Richard Abelmann   on behalf of Debtor Gary Blume rick@abelmannlaw.com,
notices@abelmannlaw.com;holly@abelmannlaw.com;alicia@abelmannlaw.com;chris@abelmannlaw.com;brenda@abelmannlaw.com;nonoi@abelmannlaw.com
                                                                                                TOTAL: 3

Form B18 – BAPCPA (Official Form 18)(12/07)

# United States Bankruptcy Court
# District of Hawaii

Case No. 12–02262

**Chapter 7**

In re:
   Gary Dennis Blume
   Route 4
   Box 2360
   Pahoa, HI 96778

Social Security No. or Individual Taxpayer I.D. No.:
   xxx–xx–4896

Employer's Tax I.D. No.:

# DISCHARGE OF DEBTOR(S)

The debtor(s) appearing to be entitled to a discharge,

**IT IS ORDERED**:

A discharge of the debtor(s) is granted under section 727 of title 11, United States Code (the Bankruptcy Code).

BY THE COURT

Dated: February 14, 2013

*Robert J. Faris*
United States Bankruptcy Judge

**SEE THE BACK OF THIS ORDER FOR IMPORTANT INFORMATION.**

# EXPLANATION OF BANKRUPTCY DISCHARGE
# IN A CHAPTER 7 CASE

This court order grants a discharge to the person named as the debtor. It is not a dismissal of the case and it does not determine how much money, if any, the trustee will pay to creditors.

**Collection of Discharged Debts Prohibited**

The discharge prohibits any attempt to collect from the debtor a debt that has been discharged. For example, a creditor is not permitted to contact a debtor by mail, phone, or otherwise, to file or continue a lawsuit, to attach wages or other property, or to take any other action to collect a discharged debt from the debtor. *[In a case involving community property:* There are also special rules that protect certain community property owned by the debtor's spouse, even if that spouse did not file a bankruptcy case.] A creditor who violates this order can be required to pay damages and attorney's fees to the debtor.

However, a creditor may have the right to enforce a valid lien, such as a mortgage or security interest, against the debtor's property after the bankruptcy, if that lien was not avoided or eliminated in the bankruptcy case. Also, a debtor may voluntarily pay any debt that has been discharged.

**Debts That are Discharged**

The chapter 7 discharge order eliminates a debtor's legal obligation to pay a debt that is discharged. Most, but not all, types of debts are discharged if the debt existed on the date the bankruptcy case was filed. (If this case was begun under a different chapter of the Bankruptcy Code and converted to chapter 7, the discharge applies to debts owed when the bankruptcy case was converted.)

**Debts that are Not Discharged.**

Some of the common types of debts which are <u>not</u> discharged in a chapter 7 bankruptcy case are:

a. Debts for most taxes;

b. Debts incurred to pay nondischargeable taxes;

c. Debts that are domestic support obligations;

d. Debts for most student loans;

e. Debts for most fines, penalties, forfeitures, or criminal restitution obligations;

f. Debts for personal injuries or death caused by the debtor's operation of a motor vehicle, vessel, or aircraft while intoxicated;

g. Some debts which were not properly listed by the debtor;

h. Debts that the bankruptcy court specifically has decided or will decide in this bankruptcy case are not discharged;

i. Debts for which the debtor has given up the discharge protections by signing a reaffirmation agreement in compliance with the Bankruptcy Code requirements for reaffirmation of debts; and

j. Debts owed to certain pension, profit sharing, stock bonus, other retirement plans, or to the Thrift Savings Plan for federal employees for certain types of loans from these plans.

**This information is only a general summary of the bankruptcy discharge. There are exceptions to these general rules. Because the law is complicated, you may want to consult an attorney to determine the exact effect of the discharge in this case. Please do not call the court or the trustee to ask about the effect of the discharge or whether specific debts are discharged in this case. The staff of the bankruptcy court is prohibited from giving legal advice about the effect which this discharge may have on any specific debts whether listed or not listed in the bankruptcy.**